IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   MARC W. SMITH, | ) | |
| | ) | |
|          Plaintiff, | ) | |
| v. | ) | CIV-17-802-R |
| | ) | |
| 1.   O&M RESTAURANT GROUP, INC. | ) | |
|       d/b/a BURGER KING, and | ) | |
| 2.   O&M RESTAURANT SOUTH, LLC | ) | |
|       d/b/a BURGER KING, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
|          Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Marc W. Smith, hereby stipulates with the Defendants O&M Restaurant Group, Inc. D/b/a Burger King and O&M Restaurant South, LLC d/b/a Burger King, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 8th DAY OF JUNE, 2018.**

s/*Lauren W. Johnston*
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: 405-239-3800  Fax: 405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

        *s/Nathaniel T. Haskins*
Michael J. Lissau, OBA #18098
Nathaniel T. Haskins, OBA #22585
HALL, ESTILL, HARDWICK, GABLE,
   GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Tele: 405-553-2828   Fax: 405-553-2855
milissau@hallestill.com
nhaskins@hallestill.com
*Counsel for Defendants*